# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00074-CV

**L. J. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 12-15436, HONORABLE BENTON ESKEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant L.J.G. filed a notice of appeal from the trial court's order terminating her parental rights to her three children. Appointed counsel for L.J.G., Luis Cuellar, has now filed a motion to voluntarily dismiss the appeal, representing that his client "no longer desires to prosecute her appeal." *See* Tex. R. App. P. 42.1(a)(1). The Department, through its lead counsel on appeal, has filed a response, indicating that it has no objection to the motion. We grant the motion and dismiss the appeal. *See id*.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   April 11, 2014